ACCEPTED
14-14-00792-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 8:52:13 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00792-CV

### IN THE COURT OF APPEALS
### FOURTEENTH JUDICIAL DISTRICT
### AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/26/2015 8:52:13 AM
CHRISTOPHER A. PRINE
Clerk

### KHALED ALATTAR,
*Appellant,*

**v.**

### KAY HOLDINGS, INC.,
*Appellee.*

Interlocutory Appeal of Ruling on Special Appearance
From the 113th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2012-54501

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective Thursday June 25, 2015, the suite number for

Brian M. Keller, State Bar No. 00784376, has changed and he requests that service of

notices and all other documents be made upon him at:

> **KELLER & ASSOCIATES, P.C.**
> 2500 West Loop South, Suite 308
> Houston, TX 77027
> 281.853.9456 Phone
> 713.600.5804 Facsimile
> *bkeller@kellerattorneys.com*

Respectfully submitted,

**KELLER & ASSOCIATES, P.C.**

By:/s/ *Brian M. Keller*

Brian M. Keller
State Bar No. 00784376
2500 West Loop South, Suite 300
Houston, TX 77027
281.853.9456 Phone
713.600.5804 Facsimile
*bkeller@kellerattorneys.com*

## CERTIFICATE OF SERVICE

A copy of Appellant's Amended Brief was served electronically on counsel of record on June 26, 2015, as follows:

J. Randle Henderson
16506 FM 529, Suite 115-107
Houston, Texas 77095
jrh@hendersonrandy.com

*/s/ Brian M. Keller*
Brian M. Keller